UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SAMMY GONZALES DAVILA, | § § | |
| Petitioner, | § § | CIVIL ACTION NO. 2:13-CV-342 |
| VS. | § § | |
| WILLIAM STEPHENS, | § § | |
| Respondent. | § § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed by a state prisoner incarcerated at the TDCJ Trustee Camp in Beeville, Texas (D.E. 1). Petitioner was convicted on his plea of guilty to an undisclosed felony in the 107th Judicial District Court of Cameron County, Texas, and sentenced to serve seven years in the custody of TDCJ-CID (*Id*).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); Wadsworth v. Johnson, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). A habeas application may be transferred in furtherance of justice to the district court within which the State court was

held which convicted and sentenced the petitioner. 28 U.S.C. § 2241(d). Because petitioner was convicted in Cameron County, it is more convenient and would further the interests of justice for this action to be handled in the Brownsville Division of the Southern District of Texas. The records of his conviction, the prosecutor and defense lawyer, and the witnesses are all located in the Brownsville Division of the Southern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Southern District of Texas, Brownsville Division. All pending motions are denied as moot and subject to renewal after the case is transferred.

SIGNED and ENTERED this _____ day of __10/31/13__, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE